

# Robert White
## ATTORNEY AT LAW
BOARD CERTIFIED PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

April 15, 2015

Sharon Jones
Martin County District Clerk
PO Box 906
Stanton, Texas 79782

Dear Ms. Jones:

Enclosed please find the following:

1) Plaintiff's Original Petition and 2 copies; and
2) A check for $288.00.

Please file the original petition and issued the 2 citations. Please mail back to 2 citations to my office.

Thanks,

/s/ Greta Fischer

Greta Fischer

Page 1 of 1
A CERTIFIED COPY
ATTEST Sharon Jones 5/22/15
County and District Clerk
Martin County, Texas
Linda Gonzales, Deputy

230 W 3RD ST   ODESSA, TX 79761-5014
P: 432.580.5421   F: 432.337.5465 | ASKBOBWHITE.COM

# District Court Civil Case Cover Sheet

**118** District Court    Cause Number: **6825**

This civil Cover Sheet should be completed and filed with the original petition. The information should be the best available at the time of filing, understanding that the information may change before trial.

This information does not constitute a discovery request, response, or supplementation, and is not admissible at trial.

1. Styled **Susan Medina IV**    v.    **Russell Ryan Hunter**
   Plaintiff                              Defendant

2. Indicate case type (check only one):

| CONTRACT | INJURY OR DAMAGE | OTHER CIVIL | EMPLOYMENT |
|---|---|---|---|
| Debt/Contract<br>□ Consumer/DTPA<br>□ Debt/contract<br>□ Fraud/Misrepresentation<br>□ Other Debt/Contract: _____<br><br>Foreclosure<br>□ Home Equity-Expedited<br>□ Other foreclosure<br>□ Franchise<br>□ Insurance<br>□ Non-Competition<br>□ Partnership<br>□ Other Contract: _____ | □ Assault/Battery (S016)<br>□ Construction<br>□ Defamation<br>Malpractice<br>□ Accounting<br>□ Legal<br>□ Medical<br>□ Other Professional<br>Liability:<br>☒ Motor Vehicle Accident<br>□ Premises<br>□ Product Liability<br>List Product: _____<br><br>□ Other Personal Injury or Damage: | □ Administrative Appeal<br>□ Antitrust/Unfair Competition<br>□ Code Violations<br>□ Foreign Judgment<br>□ Intellectual Property<br>□ Lawyer Discipline<br>□ Perpetuate Testimony<br>□ Securities/Stock<br>□ Tortuous Interference<br>□ Other: _____<br><br>TAX<br>□ Tax Appraisal<br>□ Tax Delinquency<br>□ Other Tax | □ Discrimination<br>□ Retaliation<br>□ Termination<br>□ Worker's Comp<br>□ Other Employment: _____<br><br>RELATED TO CRIMINAL MATTERS<br>□ Expunction<br>□ Judgment Nisi<br>□ Non-Disclosure<br>□ Seizure/Forfeiture<br>□ Writ of habeas corpus – Pre-indictment<br>□ Other: |
| REAL PROPERTY<br>□ Eminent domain/Condemnation<br>□ Partition<br>□ Quiet Title<br>□ Trespass to Try Title<br>□ Other Property: _____ | | | |

FILED **April 17, 2015**
At **10:20** o'clock **A** M
SHARON JONES
District & County Clerk Martin Co., Texas
By _____ Deputy

3. Indicate sub-topic, if relevant:
   □ Attachment    □ Declaratory Judgment    □ Mandamus    □ Sequestration
   □ Bill of Review    □ Garnishment    □ Post-Judgment    □ TRO/Injunction
   □ Certiorari    □ Interpleader    □ Prejudgment Remedy    □ Turnover
   □ Class Action    □ License    □ Receiver

4. Has this case been previously filed, or is it related    ☒ No
   To a case previously filed, in this county, or in    □ Yes, in this county: Court: _____ Cause #: _____
   Another county or state?    □ Yes, in another county or state:
                               County: _____ State: _____ Cause #: _____

5. Level of Discovery    □ Level 1    ☒ Level 2    □ Level 3

| 6. Instrument Filed | 7. Instrument to be Issued | 8. Service Type |
|---|---|---|
| ☒ Original Petition<br>□ Amended Petition<br>□ Motion to Modify<br>□ Motion to _____<br>□ Order to Set Hearing/Notice of hearing<br>□ Order to Appear/Show-Cause<br>□ Temporary Restraining Order<br>□ Other _____ | ☒ Citation<br><br>□ Precept<br><br>□ Show-Cause<br><br>□ TRO<br>□ Other _____ | □ Sheriff   □ Constable   □ Certified Mail<br>□ Publication   □ Posting   ☒ None<br>□ Other _____ **Please mail back**<br>□ Secretary of State<br>□ Private Process Server _____<br><br>10. Person Completing Cover Sheet Is:<br>☒ Attorney for Plaintiff/Petitioner   □ Self Represented<br><br>**Greta Fischer**<br>Name<br>**230 W 3rd**<br>Address<br>**Odessa Tx 79761**<br>City/State/Zip<br>**(432)580-5421     24044383**<br>Phone No.          State Bar No. |

9. Party to Serve
Name **Tryon Lewis, Chairman Texas Transportation Comm**.
Address **125 E 11th St.**
City/State/Zip **Austin, TX 78701-2483**

Page _1_ of _1_
A CERTIFIED COPY
**Sharon Jones 5/22/15**
ATTEST:
County and District Clerk
Martin County, Texas
**Linda Gonzales** Deputy

NO. 6825

| | | |
|---|---|---|
| JUAN MOLINA IV<br>Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT |
| V. | §<br>§<br>§ | 118TH JUDICIAL DISTRICT |
| RUSSELL RYAN HUNTER AND ARK<br>LA TEX WIRELINE SERVICES, LLC<br>Defendants. | §<br>§<br>§ | OF MARTIN COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Juan Molina IV, hereinafter called Plaintiff, complaining of and about Russell Ryan Hunter and Ark La Tex Wireline Services, LLC, hereinafter called Defendants, and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1. Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2. Plaintiff, Juan Molina IV, is an Individual who is a resident of Lamesa, Dawson County, Texas.

3. The last three numbers of Juan Molina IV's driver's license number are 616.

4. Defendant Russell Ryan Hunter, an Individual who is a resident of the State of Louisiana, who resides at: 845 Linden Avenue, Shreveport, LA 71111. Service of said Defendant Russell Ryan Hunter has appointed the Chairman of the Texas Transportation Commission as his agent on whom citation may be served in accordance with Section 17.063 of the Civil Practice and Remedies Code.

5. Defendant Ark La Tex Wireline Services, LLC, is a foreign Limited Liability



TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE
Page _____1_____ of _____7_____

FILED April 17, 2015
At 10:28 o'clock A M
RON JONES
District Clerk Martin Co., Texas
By _____ Deputy

Company. The Defendant has registered, is duly authorized to transact business in the State of Texas, and may be served with process by serving the registered agent of said company, CT Corporation System, at 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136, its registered office. Service of said Defendant as described above can be effected by certified mail return receipt requested.

## JURISDICTION AND VENUE

6. The subject matter in controversy is within the jurisdictional limits of this court.

7. Plaintiff seeks:

   a. monetary relief over $200,000 but not more than $1,000,000.

8. This court has jurisdiction over Defendant Russell Ryan Hunter by virtue of the operation of a motor vehicle on the public roads of Texas, as more particularly described below, the Defendant Russell Ryan Hunter has appointed the Chairman of the Texas Transportation Commission as his agent on whom citation may be served in accordance with Section 17.063 of the Civil Practice and Remedies Code.

9. This court has jurisdiction over Defendant Ark La Tex Wireline Services, LLC because Defendant has registered, is duly authorized to transact business in the State of Texas.

10. Venue in Martin County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

11. On August 28, 2013, Plaintiff was working on the headlights of a Ford F-250 ("truck") in the Stripes parking lot in Stanton, Martin County, Texas. Plaintiff was bent over and facing his truck.



TRUE AND CORRECT COPY OF ORIGINAL FILED IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE Page 2 of 7


12. Defendant Russell Hunter was operating a truck owned by his employer, Ark La Tex Wireline Services LL. Defendant Russell Hunter was parked in front of the Stripes' store, he put the truck in reversed, and reversed out of his parking spot. As Defendant Russell Hunter was backing up, he struck and pinned Plaintiff Juan Molina IV in between Plaintiff and Defendants' truck causing Plaintiff Juan Molina IV personal injuries.

## PLAINTIFF'S
## CLAIM OF NEGLIGENCE AGAINST RUSSELL RYAN HUNTER

13. Defendant Russell Ryan Hunter had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein.

14. Plaintiff's injuries were proximately caused by Defendant Russell Ryan Hunter's negligent, careless and reckless disregard of said duty.

15. The negligent, careless and reckless disregard of duty of Defendant Russell Ryan Hunter consisted of, but is not limited to, the following acts and omissions:

> A. In that Defendant Russell Ryan Hunter failed to keep a proper lookout for Plaintiff's safety that would have been maintained by a person of ordinary prudence under the same or similar circumstances.

## PLAINTIFF'S CLAIM OF
## RESPONDEAT SUPERIOR AGAINST ARK LA TEX WIRELINE SERVICES, LLC

16. At the time of the occurrence of the act in question and immediately prior thereto, Russell Ryan Hunter was within the course and scope of employment for Defendant Ark La Tex Wireline Services, LLC.

17. At the time of the occurrence of the act in question and immediately prior thereto, Russell Ryan Hunter was engaged in the furtherance of Defendant Ark La Tex Wireline Services, LLC's business.


TRUE AND CORRECT COPY OF ORIGINAL FILED IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE Page 3 of 7

18.     At the time of the occurrence of the act in question and immediately prior thereto, Russell Ryan Hunter was engaged in accomplishing a task for which Russell Ryan Hunter was employed.

19.     Plaintiff invokes the doctrine of Respondeat Superior as against Defendant Ark La Tex Wireline Services, LLC.

### DAMAGES FOR PLAINTIFF, JUAN MOLINA IV

20.     As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, Juan Molina IV was caused to suffer injuries to his right leg, lower back, hip and a disc protrusion to his lumbar spine, and to incur the following damages:

  A.    Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff, Juan Molina IV for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Dawson and Martin County, Texas;

  B.    Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

  C.    Physical pain and suffering in the past;

  D.    Physical pain and suffering in the future;

  E.    Physical impairment in the past;

  F.    Physical impairment which, in all reasonable probability, will be suffered in the future;

  G.    Loss of earning capacity in the past;

  H.    Loss of earning capacity which will, in all probability, be incurred in the future; and

  I.    Mental anguish in the past.

### USE OF U.S. LIFE TABLES

21.     Notice is hereby given to the Defendant that Plaintiff intends to use Table 107,



TRUE AND CORRECT COPY OF ORIGINAL FILED IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE Page 4 of 7

Expectation of Life and Expected Deaths by Race, Sex and Age: 2008 published by the U.S. Census Bureau, Statistical Abstract of the United States: 2012.



TRUE AND CORRECT COPY OF ORIGINAL FILED IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE
Page 5 of 7

### NOTICE OF INTENTION TO USE PRODUCTS OF DISCOVERY, INCLUDING DOCUMENTS AND OTHER TANGIBLE THINGS PRODUCED

22. Under the authority of the Texas Rules of Civil Procedure 193.7, Plaintiff gives notice of Plaintiff's intent to use all or a portion of the documents, tangible things or other data and information produced and provided in Discovery in this cause during the trial herein and/or depositions that are taken in this cause.

23. This Notice extends to all products of discovery produced by any Party to this suit. This Notice is provided pursuant to Rule 193.7, Texas Rules of Civil Procedure.

### REQUEST FOR DISCLOSURE

24. In accordance with Texas Rules of Civil Procedure 194, you are requested to disclose to Plaintiff at the office of the undersigned counsel for Plaintiff, within fifty (50) days of service to this request, the information or material described in Rule 194.2(a)-(l).

### PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Juan Molina IV, respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.


TRUE AND CORRECT COPY OF ORIGINAL FILED IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE Page 6 of 7

Respectfully submitted,

CHILDS BISHOP & WHITE P.C.

By: _____
ROBERT WHITE
Texas Bar No. 21324500
GRETA FISCHER
Texas Bar No. 24044383
230 W 3RD ST
Odessa, Texas 79761-5014
Tel. (432) 580-5421
Fax. (432) 337-5465
Email: cbwlitigation@cableone.net
ATTORNEYS FOR PLAINTIFF

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

Page __7__ of __7__

A CERTIFIED COPY
ATTEST: _Sharon Jones_ 5/22/15
County and District Clerk
Martin County, Texas
_Linda Gonzales_ Deputy



**Robert White**
**ATTORNEY AT LAW**
BOARD CERTIFIED PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

May 5, 2015

Sharon Jones
Martin County District Clerk
P.O. Box 906
Stanton, Texas 79782

Re:   Juan Molina, IV v. Russell R. Hunter, Cause No. 6825
My File No.:  212582

Dear Ms. Jones:

Enclosed please find a civil cover sheet for Cause Number 6825 and a check for $8.00. Please issue a new citation and mail back to my office.

Thank you for your attention to this matter.

Sincerely,

Greta Fischer
Attorney at Law


Page ___1___ of ___1___
A CERTIFIED COPY
ATTEST: Sharon Jones 5/22/15
County and District Clerk
Martin County, Texas
_____ Deputy

FILED May 6, 2015
At 10:30 o'clock A M
SHARON JONES
District & County Clerk Martin Co., Texas
By _____ Deputy

730 W 3RD ST  ODESSA, TX 79761-5014
P 432 580 5422  F 432 337.5465 | ASKBOBWHITE.COM

# District Court Civil Case Cover Sheet

118th District Court    Cause Number: 6825

This civil Cover Sheet should be completed and filed with the original petition. The information should be the best available at the time of filing, understanding that the information may change before trial.

This information does not constitute a discovery request, response, or supplementation, and is not admissible at trial.

1. Styled Susan Molina IV  v.  Russell Ryan Hunter
   Plaintiff                     Defendant

2. Indicate case type (check only one):

| CONTRACT | INJURY OR DAMAGE | OTHER CIVIL | EMPLOYMENT |
|---|---|---|---|
| Debt/Contract | □ Assault/Battery (S016) | □ Administrative Appeal | □ Discrimination |
| □ Consumer/DTPA | □ Construction | □ Antitrust/Unfair Competition | □ Retaliation |
| □ Debt/contract | □ Defamation | | □ Termination |
| □ Fraud/Misrepresentation | Malpractice | □ Code Violations | □ Worker's Comp |
| □ Other Debt/Contract: | □ Accounting | □ Foreign Judgment | □ Other Employment: |
| | □ Legal | □ Intellectual Property | |
| Foreclosure | □ Medical | □ Lawyer Discipline | **RELATED TO CRIMINAL MATTERS** |
| □ Home Equity-Expedited | □ Other Professional Liability: | □ Perpetuate Testimony | □ Expunction |
| □ Other foreclosure | | □ Securities/Stock | □ Judgment Nisi |
| □ Franchise | □ Motor Vehicle Accident | □ Tortuous Interference | □ Non-Disclosure |
| □ Insurance | □ Premises | □ Other: | □ Seizure/Forfeiture |
| □ Non-Competition | □ Product Liability List Product: | | □ Writ of habeas corpus – Pre-indictment |
| □ Partnership | | **TAX** | □ Other: |
| □ Other Contract: | □ Other Personal Injury or Damage: | □ Tax Appraisal | |
| **REAL PROPERTY** | | □ Tax Delinquency | |
| □ Eminent domain/Condemnation | | □ Other Tax | |
| □ Partition | | | |
| □ Quiet Title | | | |
| □ Trespass to Try Title | | | |
| □ Other Property: | | | |

FILED May 6, 2015
At 10:30 o'clock A M
SHARON JONES
District & County Clerk Martin Co., Texas
By Linda [illegible] Deputy

3. Indicate sub-topic, if relevant:
   □ Attachment       □ Declaratory Judgment    □ Mandamus           □ Sequestration
   □ Bill of Review   □ Garnishment             □ Post-Judgment      □ TRO/Injunction
   □ Certiorari       □ Interpleader            □ Prejudgment Remedy □ Turnover
   □ Class Action     □ License                 □ Receiver

4. Has this case been previously filed, or is it related    □ No
   To a case previously filed, in this county, or in         □ Yes, in this county: Court: _____ Cause #: _____
   Another county or state?                                  □ Yes, in another county or state:
                                                             County: _____ State: _____ Cause #: _____

5. Level of Discovery    □ Level 1    □ Level 2    □ Level 3

| 6. Instrument Filed | 7. Instrument to be Issued | 8. Service Type | |
|---|---|---|---|
| □ Original Petition<br>□ Amended Petition<br>□ Motion to Modify | ☑ Citation | □ Sheriff  □ Constable  □ Certified Mail<br>□ Publication  □ Posting  □ None<br>□ Other ___ Please mail back<br>□ Secretary of State<br>□ Private Process Server | |
| □ Motion to ___<br>□ Order to Set Hearing/Notice of hearing | □ Precept | | |
| □ Order to Appear/Show-Cause. | □ Show-Cause | 10. Person Completing Cover Sheet Is:<br>☑ Attorney for Plaintiff/Petitioner  □ Self Represented<br>Greta Fischer<br>Name | |
| □ Temporary Restraining Order | □ TRO | | |
| □ Other ___ | □ Other ___ | | |

9. Party to Serve

Russell Ryan Hunter
Name  3036 Greenacres Place
Address            Apt 49
City/State/Zip Bossier City, LA 71111-2147

230 W 3rd
Address
Odessa Tx 79761
City/State/Zip
(432)580-5421   24044383
Phone No.       State Bar No.

Page 1 of 1

A CERTIFIED COPY
ATTEST: Sharon Jones 5/1/15
County and District Clerk
Martin County, Texas
Linda [illegible]   Deputy

NO. 6825

| | | |
|---|---|---|
| JUAN MOLINA IV | § | IN THE DISTRICT COURT OF |
| *Plaintiff* | § | |
| | § | |
| V. | § | 118TH JUDICIAL DISTRICT |
| | § | |
| RUSSELL RYAN HUNTER and ARK LA TEX | § | |
| WIRELINE SERVICES, LLC | § | |
| *Defendant* | § | OF MARTIN COUNTY, TEXAS |

### DEFENDANT ARK LA TEX WIRELINE SERVICES, LLC'S
### ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ARK LA TEX WIRELINE SERVICES, LLC ("Defendant"), Defendant in the above-styled and numbered cause, and files this Original Answer, and would respectfully show unto this Honorable Court as follows:

#### I. GENERAL DENIAL

1.1     Defendant invokes the provisions of Texas Rule of Civil Procedure 92, and does hereby exercise its legal right to require Plaintiff to prove all of the allegations contained in his pleading, if Plaintiff can so prove them, which is denied. Accordingly, Defendant denies generally the allegations of Plaintiff's pleading and demands strict proof thereof by a preponderance of the evidence.

#### II. ADDITIONAL DEFENSES

2.1     For further answer, if such be necessary, Defendant asserts the provisions of Chapter 33 of the Texas Civil Practices and Remedies Code.



TRUE AND CORRECT COPY OF ORIGINAL FILED
IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE
Page ___1___ of ___3-1-___



FILED _May 27_, 20_15_
At _10:45_ o'clock _a_ M
SHARON JONES
District & County Clerk Martin Co., Texas
By_Linda Hamph_ Deputy

2206733v1
01044.044

### III. Jury Demand

3.1   <u>Defendant</u> hereby relies on Plaintiff's demand for a trial by jury.

### IV. PRAYER

4.1   <u>Defendant</u> prays that Plaintiff take nothing by this suit, that <u>Defendant</u> have judgment for its costs in this proceeding, and that the Court grant <u>Defendant</u> all such other relief, both general or special, in law or in equity, to which it may show itself to be justly entitled.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: _____
William R. Moye
State Bar No. 24017553
Andrew J. McCluggage
State Bar No. 24065708
Courtney K. Walsh
State Bar No. 24088602
One Riverway, Suite 1400
Houston, Texas 77056
(713) 403-8210; Fax: (713) 403-8299
wmoye@thompsoncoe.com
amccluggage@thompsoncoe.com
cwalsh@thompsoncoe.com

**ATTORNEYS FOR DEFENDANTS RUSSELL RYAN HUNTER and ARK LA TEX WIRELINE SERVICES, LLC**



TRUE AND CORRECT COPY OF ORIGINAL FILED IN MARTIN COUNTY & DISTRICT CLERK'S OFFICE
Page 2 of 3

2206733v1
01044.044

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been sent to all known counsel of record pursuant to the Texas Rules of Civil Procedure on the 18th day of May, 2015.

<u>*Via E-File and/or Facsimile: (432) 580-5421*</u>
Robert White
Greta Fischer
CHILDS BISHOP & WHITE P.C.
230 W 3rd Street
Odessa, Texas 79761
***Counsel for Plaintiff***

WILLIAM R. MOYE
ANDREW J. MCCLUGGAGE
COURTNEY K. WALSH

Page 3 of 3

A CERTIFIED COPY
ATTEST: May 27, 2015
County and District Clerk Sharon Jones
Martin County, Texas
                                                 Deputy

2206733v1
01044.044                                    - 3 -