IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| JUAN MOLINA IV | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 7:15-CV-00076-RAJ |
| vs. | § § | JURY REQUESTED |
| RUSSELL RYAN HUNTER AND ARK LA TEX WIRELINE SERVICES, LLC | § § § § | |
| *Defendant.* | § § | |

### ORDER GRANTING AGREED MOTION TO DISMISS

ON THIS DAY came on for consideration Plaintiff JUAN MOLINA IV and Defendants RUSSELL RYAN HUNTER and ARK LA TEX WIRELINE SERVICES, LLC's Agreed Motion to Dismiss. After review of same, the Court hereby grants the Motion.

IT IS THEREFORE, ORDERED that Plaintiff's claims against Defendants are DISMISSED with prejudice. All costs are taxed against the party incurring same.

SIGNED this 24th day of May, 2016.

_____
JUDGE PRESIDING